**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7717

JEFFREY D. LANCASTER,

Plaintiff - Appellant,

versus

JERRY MONETTE; NANCY TOOTLE; FRANK HENDERSON;
JOHN POTTER; JOHN DOE; JAMES DOE; JIM DOE; BOB
DOE; ROBERT DOE; LARRY NORMAN; LINDA BLOUNT;
CRAVEN COUNTY COMMISSIONERS; BONNIE DOE;
WILLEY DOE; GEORGE DOE; BOBBY DOE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-99-481-5-F)

Submitted: March 13, 2002          Decided: March 21, 2002

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey D. Lancaster, Appellant Pro Se. Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey D. Lancaster appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lancaster v. Monette</u>, No. CA-99-481-5-F (E.D.N.C. Sept. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>